UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES

NEWARK
Judge:          JOSE L. LINARES                             Date:   06/28/2018
Court Reporter:   PHYLLIS LEWIS                             Docket No: 2:18-CR-373(JLL)

Title of the Case:

UNITED STATES OF AMERICA
v.
JASON CRESPO

Appearances:
Rahul Agarwal, AUSA
Rubin Sinins, Attorney for Defendant\
Jeff Paterson, USPTS

Nature of Proceedings:
Conference held
Defendant sworn.
Waiver of Indictment fld.
Information fld.
Plea: Guilty to Count 1 of Information.
Rule 11 fld.
Plea Agreement fld.
Ordered sentence date for 10/04/18 at 10:00 a.m.
Ordered bail set $100,000 PR Bond

Commenced: 12:00 p.m.
Concluded:   1:05 p.m.

*Lissette Rodriguez*, Courtroom Deputy
to the Honorable Jose L. Linares, U.S.D.J.