## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
## MINUTES

NEWARK
Judge:  JOSE L. LINARES                             DATE:  11/29/2018
Court Reporter:  PHYLLIS T. LEWIS              DOCKET NO.:  18-CR-373-JLL

**TITLE OF CASE**
UNITED STATES OF AMERICA
v.
JOSE CRESPO

**APPEARANCES**
Rahul Agarwal, AUSA
Rubin Sinins, Attorney for Defendant
Joanne Young, USPO

**NATURE OF PROCEEDINGS**
SENTENCE:  5 Month on Count 1 of the Information
SUPERVISED RELEASE:  3 Years
SPECIAL CONDITIONS:
- 5 Months Location Monitoring
- No Drugs/Alcohol
- No New Deb
- Financial Disclosure
- IRS
- Mental Health Treatment
- Like Skills/Education
- Motor Vehicle Compliance
- Support Dependents

Fine:  WAIVED
Special Assessment $100 (due immediately)
Restitution:  $191,953 (due immediately)
Defendant advised of right to appeal
Recommendation to the BOP:  A facility for service of this sentence in New Jersey or as close to defendant's family/home address & RDAP
Court ORDERED Defendant to surrender:  January 14, 2019 at/or before Noon.

<u>Lissette Rodriguez, Courtroom Deputy</u>
to the Hon. Jose L. Linares, Chief USDJ

Commenced:  10:30 a.m.
Concluded:  11:15 a.m.