PROB 12A
(7/93)

# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Jason Crespo

Cr.: 18-00373-001
PACTS #: 5056063

Name of Sentencing Judicial Officer:    THE HONORABLE JOSE L. LINARES
　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE

Name of Assigned Judicial Officer:    THE HONORABLE KEVIN MCNULTY
　　　　　　　　　　　　　　　　　UNITED STATED DISTRICT JUDGE

Date of Original Sentence: 11/29/2018

Original Offense:    Count One: Conspiracy to Defraud the United States, 18 U.S.C. § 371, Class D Felony

Original Sentence: 5 months imprisonment, 3 years supervised release

Special Conditions: Substance Abuse Testing, Alcohol/ Restrictions, Drug Treatment, Financial Disclosure, Cooperate with IRS, Life Skills Counseling, Educational Services, Location Monitoring Program, Mental Health Treatment, No New Debt/Credit, Motor Vehicle Compliance, Support Dependents, Alcohol

Type of Supervision: Supervised Release　　　　　　　Date Supervision Commenced: 06/07/2019

### NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | The offender has violated the special supervision condition which states **'You must refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and/or the use of alcohol, and must submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that you must submit to evaluation and treatment, on an outpatient or inpatient basis, as approved by the U.S. Probation Office. You must abide by the rules of any program and must remain in treatment until satisfactorily discharged by the Court. You must alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The U.S. Probation Office will supervise your compliance with this condition.'** |
| | On September 14, 2020, Crespo signed a self-admission form and admitted to the use of phencyclidine (PCP). He reportedly last used on September 2, 2020. |

Prob 12A – page 2
Jason Crespo

U.S. Probation Officer Action:

The probation office referred Crespo to attend substance abuse treatment at Human Growth Center in Clifton, New Jersey. We will increase urine screen collections, monitor treatment compliance and will notify the Court accordingly.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Shannan P. DaSilva/jj*

By:   SHANNAN P. DASILVA
U.S. Probation Officer

/ spd

APPROVED:

*Elisa Martinez*                    9/29/2020
ELISA MARTINEZ               Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X]  No Formal Court Action to be Taken at This Time (**as recommended by the Probation Office**).

[ ]  Submit a Request for Modifying the Conditions or Term of Supervision

[ ]  Submit a Request for Warrant or Summons

[ ]  Other

/s/ Kevin McNulty, U.S. District Judge
Signature of Judicial Officer

October 1, 2020
Date