PROB 12A
(7/93)

# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Jason Crespo

Cr.: 18-00373-001
PACTS #: 5056063

Name of Sentencing Judicial Officer:  THE HONORABLE JOSE L. LINARES
CHIEF UNITED STATES DISTRICT JUDGE

Name of Assigned Judicial Officer:  THE HONORABLE KEVIN MCNULTY
UNITED STATED DISTRICT JUDGE

Date of Original Sentence: 11/29/2018

Original Offense:   Count One: Conspiracy to Defraud the United States, 18 U.S.C. § 371, Class D Felony

Original Sentence: 5 months imprisonment, 3 years supervised release

Special Conditions: Substance Abuse Testing, Alcohol/ Restrictions, Drug Treatment, Financial Disclosure, Cooperate with IRS, Life Skills Counseling, Educational Services, Location Monitoring Program, Mental Health Treatment, No New Debt/Credit, Motor Vehicle Compliance, Support Dependents, Alcohol

Type of Supervision: Supervised Release               Date Supervision Commenced: 06/07/2019

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | The offender has violated the special supervision condition which states **'You must refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and/or the use of alcohol, and must submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that you must submit to evaluation and treatment, on an outpatient or inpatient basis, as approved by the U.S. Probation Office. You must abide by the rules of any program and must remain in treatment until satisfactorily discharged by the Court. You must alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The U.S. Probation Office will supervise your compliance with this condition.'** |
| | On March 22, 2021, Crespo signed a self-admission form and admitted to the use of phencyclidine (PCP) and Alcohol. He reportedly last used on PCP on March 17, 2021 and Alcohol on March 21, 2021. |
| 2 | The offender has violated the mandatory supervision condition which states **'You must make restitution in accordance with 18 U.S.C. §§ 2248, 2259, 2264, 2327, 3663, 3663A, and 3664.'** |

Prob 12A – page 2
Jason Crespo

On May 27, 2020, Your Honor signed a request for Modifying the Conditions of Supervision with the Consent of the Offender (Prob 12B). This order set the restitution amount to be paid at a rate of $50 per month. Crespo has not made a payment towards restitution since September of 2020.

U.S. Probation Officer Action:

Due to ongoing marital issues with his wife and step-children, Crespo moved out of his apartment. This caused unplanned financial hardship and strain, which Crespo reported he did not anticipate. He asked for the opportunity to make up his arrears once he is more financially stable. The probation office is attempting to establish a payment plan to accommodate the collection of the arrears.

Crespo is attending substance abuse treatment at Human Growth Center in Clifton, New Jersey. The probation officer collaborated with the substance abuse counselor regarding his recent relapse. His treatment sessions were increased, and Crespo was advised any subsequent positive drug screens will result in placement into a higher level of care, inpatient treatment.   We will continue urine screen collections, monitor treatment compliance and will notify the Court accordingly.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Shannan DaSilva*

By:   SHANNAN P. DASILVA
U.S. Probation Officer

/ spd

APPROVED:

*Elisa Martinez*          *3/31/2021*

ELISA MARTINEZ          Date
Supervising U.S. Probation Officer

**Please check a box below to indicate the Court's direction regarding action to be taken in this case:**

☒  No Formal Court Action to be Taken at This Time (**as recommended by the Probation Office**).

☐  Submit a Request for Modifying the Conditions or Term of Supervision

☐  Submit a Request for Warrant or Summons

☐  Other

/s/ Kevin McNulty

Signature of Judicial Officer

3/31/2021

Date