PROB 12A
(7/93)

# United States District Court

for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Jason Crespo                                   Cr.: 18-00373-001
                                                                  PACTS #: 5056063

Name of Sentencing Judicial Officer:   THE HONORABLE KEVIN MCNULTY
                                       UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 11/29/2018

Original Offense:   Count One: Conspiracy to Defraud the United States, 18 U.S.C. § 371, a Class D Felony

Original Sentence: 5 months imprisonment, 36 months supervised release

Special Conditions: Special Assessment, Restitution - Money, Substance Abuse Testing, Alcohol Treatment, Drug Treatment, Financial Disclosure, Cooperate with IRS, Life Skills Counseling, Educational Services, Location Monitoring Program, Mental Health Treatment, No New Debt/Credit, Other Condition, Support Dependents, Alcohol Restrictions

Type of Supervision: Supervised Release                  Date Supervision Commenced: 06/07/2019

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

   1.               Mr. Crespo violated the following special condition of supervised release:

                    **"You must refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and the use of alcohol, and must submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that you must abide by the rules of any program and must remain in treatment until satisfactorily discharged by the Court. You must alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The U.S. Probation Office will supervise your compliance with this condition."**

                    On October 7th, 2021, Jason Crespo tested positive for phencyclidine and signed an admission of drug use form.

U.S. Probation Officer Action:

On October 7th, 2021 during an office visit to the probation office, Mr. Crespo submitted to urinalysis and tested positive for phencyclidine. After instant test results were positive, Mr. Crespo admitted to using phencyclidine and signed an admission of drug use form. Mr. Crespo was verbally reprimanded and

Prob 12A – page 2
Jason Crespo

informed if he continues to use illicit substances, he will be referred for higher level of care to address his substance use treatment needs. The U.S. Probation Office will increase drug testing and notify the Court of any additional non-compliance. Subsequently, on October 29th, 2021 Mr. Crespo was tested again, and his urinalysis yielded negative results for all drugs. We are respectfully requesting no court action be taken and this notice serve as a written reprimand from the court.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Donovan K. Hammond*
By:   DONOVAN K. HAMMOND
U.S. Probation Officer

/ dkh

APPROVED:
*Elisa Martinez*          12/2/21
ELISA MARTINEZ            Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X] No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

/s/ Kevin McNulty
Signature of Judicial Officer

12/3/2021
Date