PROB 12A
(6/21)

# United States District Court

for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Jason Crespo      Cr.: 18-00373-001
    PACTS #: 5056063

Name of Sentencing Judicial Officer:    HONORABLE KEVIN MCNULTY
         UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 11/29/2018

Original Offense:    Count One: Conspiracy to Defraud the United States, 18 U.S.C. § 371, a Class D Felony

Original Sentence: 5 months imprisonment, 36 months supervised release

Special Conditions: Special Assessment, Restitution - Money, Substance Abuse Testing, Alcohol Treatment, Drug Treatment, Financial Disclosure, Cooperate with IRS, Life Skills Counseling, Educational Services, Location Monitoring Program, Mental Health Treatment, No New Debt/Credit, Other Condition, Support Dependents, Alcohol Restrictions

Type of Supervision: Supervised Release      Date Supervision Commenced: 06/07/2019

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | Mr. Crespo violated the following special condition of supervised release: |

**"You must refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and the use of alcohol, and must submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that you must abide by the rules of any program and must remain in treatment until satisfactorily discharged by the Court. You must alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The U.S. Probation Office will supervise your compliance with this condition."**

On December 16, 2021, Jason Crespo tested positive for alcohol and signed an admission of drug use form.

U.S. Probation Officer Action:
On December 16th, 2021 during a home visit, Mr. Crespo submitted a urinalysis and tested positive for alcohol. After the instant test results were positive, Mr. Crespo admitted to consuming alcohol the night before while on a date. Mr. Crespo admitted to having a beer and a "blue drink," and signed an admission of drug use form. Mr. Crespo was verbally reprimanded, and he confirmed his knowledge of not being allowed to consume alcohol as per his conditions of supervised release.

Although in noncompliance with his admission of alcohol use, Mr. Crespo has displayed significant progress in his recovery. He was assessed for substance abuse on December 14th, 2021 and is currently compliant with attending treatment appointments at Care Plus New Jersey Inc.  He has ceased the use of Phencyclidine (PCP) and has not only maintained but received a promotion at his place of employment.  In late 2021, Mr. Crespo resolved Internal Revenue Service (IRS) issues as the financial circumstance incapacitated him to make scheduled restitution payments.  He has made a payment for the month of January 2022.

Based on the information provided above, it is respectfully recommended that Mr. Crespo's progress with his drug addiction and stable employment status afford him another opportunity to display compliance with refraining from the consumption alcohol and maintaining timely restitution payments.  Mr. Crespo expires from supervision in six (6) months and is continuously working on his treatment goals with his counselor.

The U.S. Probation Office continues to collaborate with Mr. Crespo's counselor at Care Plus New Jersey.  If there is any future non-compliant behavior; we will notify the Court immediately and initiate violation proceedings if deemed necessary.  We are respectfully requesting no court action be taken and this notice serve as a written reprimand from the court.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

By:  *Donovan K. Hammond*
     DONOVAN K. HAMMOND
     U.S. Probation Officer

/ dkh
APPROVED:

*Elisa Martinez*            01/11/2022
ELISA MARTINEZ              Date
Supervising U.S. Probation Officer

**Please check a box below to indicate the Court's direction regarding action to be taken in this case:**

[X] No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

/s/ Kevin McNulty
Signature of Judicial Officer

1/11/2022
Date