PROB 12A
(6/21)

# United States District Court

for

## District of New Jersey

### Report on Individual Under Supervision

Name of Individual Under Supervision: Jason Crespo      Cr.: 18-00373-001
     PACTS #: 5056063

Name of Sentencing Judicial Officer:    HONORABLE KEVIN MCNULTY
                                      UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 11/29/2018

Original Offense:    Count One: Conspiracy to Defraud the United States, 18 U.S.C. § 371, a Class D Felony

Original Sentence: 5 months imprisonment, 36 months supervised release

Special Conditions: Special Assessment, Restitution ($191,953.00), Location Monitoring Program, Alcohol/Drug Testing and Treatment, Financial Disclosure, Internal Revenue Service- Cooperation, Mental Health Treatment, New Debt Restrictions, Life Skills/Education, Motor Vehicle Compliance, Supporting Dependents

Type of Supervision: Supervised Release          Date Supervision Commenced: 06/07/2019

### NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | Failure to satisfy financial obligations. |

U.S. Probation Officer Action:

Throughout his term of supervised release, Mr. Crespo has paid the remaining $75 balance towards his special assessment fee, and $450 towards his restitution. Mr. Crespo's term of supervision is due to expire on June 6, 2022, with a current outstanding restitution balance of $191,503. The Financial Litigation Unit of the United States Attorney's Office was notified of the expiration of supervision and has a standing order for garnishment of the person under supervision's earning and all future income tax refunds via the Treasury Offset Program (TOP). This Office recommends the supervision term be allowed to expire as scheduled since the restitution order remains imposed as a final judgement, pursuant to Title 18, U.S.C., Sections 3554 & 3613.

Prob 12A – page 2
Jason Crespo

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

By: *Donovan K. Hammond*
DONOVAN K. HAMMOND
U.S. Probation Officer

/ dkh

APPROVED:

*Elisa Martinez*　　　　　　04/26/22

ELISA MARTINEZ　　　Date
Supervising U.S. Probation Officer

**Please check a box below to indicate the Court's direction regarding action to be taken in this case:**

☒ Allow Supervision to Expire as Scheduled on June 6, 2022 (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

/s/ Kevin McNulty
Signature of Judicial Officer

4/26/2022
Date